UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE CLAUSEN LAW FIRM, PLLC, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL ACADEMY OF CONTINUING LEGAL EDUCATION,<br><br>　　　　　　　　　Defendant. | No. 10-cv-01023 JPD<br><br>ORDER OF DISMISSAL |

　　This matter is dismissed with prejudice as to the claims of the named plaintiff only, and without prejudice to any members of the putative class.

　　DATED this 7th day of March, 2011.

　　　　　　　　　　　　　　　　　*/s/ James P. Donohue*
　　　　　　　　　　　　　　　　　JAMES P. DONOHUE
　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER OF DISMISSAL - 1